UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER TESS,

    Plaintiff,               CIVIL ACTION NO. 15-CV-10791

vs.

                              MAGISTRATE JUDGE MONA K. MAJZOUB

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order" dated February __, 2016,

IT IS ORDERED AND ADJUDGED that judgment is **GRANTED IN PART AND DENIED IN PART** in favor of Plaintiff and against Defendant Commissioner of Social Security. This matter is hereby remanded for further consideration in accordance with the Opinion and Order.

Dated:  February 5, 2016        s/ Mona K. Majzoub
                                        MONA K. MAJZOUB
                                        UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Judgment was served upon Counsel of Record on this date.

Dated: February 5, 2016        s/ Lisa C. Bartlett
                                       Case Manager